IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:19-CR-395-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| DEANDRE EARP, | ) | |
| Defendant. | ) | |

On July 10, 2023, Deandre Earp filed a pro se motion to obtain records from his trial attorney, Jamie L. Vavonese. See [D.E. 1500]. The court directs Ms. Vavonese to communicate directly with Deandre Earp concerning the records.

To the extent the motion is to obtain the documents from the court without charge, the motion [D.E. 1500] is DENIED.

SO ORDERED. This 23 day of October, 2023.

JAMES C. DEVER III
United States District Judge